**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| GARY LEE GERBER JR., | : No. 129 MM 2023 |
| | : |
| Petitioner | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| MONROE COUNTY COURT OF COMMON | : |
| PLEAS, P.J., MARGHERITA P. | : |
| WORTHINGTON, & JUDGE DANIEL C. | : |
| HIGGINS, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

   **AND NOW**, this 9th day of February, 2024, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED. The Prothonotary is DIRECTED to strike the names of the jurists from the caption.